

**Stephen B. Selbst**
**Partner**
Phone: 212.592.1405
Fax: 212.545.2313
sselbst@herrick.com

September 22, 2021

Hon. Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re:   Letter of Adjournment of Pre-Trial Conference
      *RLCH, Inc. v. Secoda Management, LLC*, Case No. 21-01058 (REG)

Dear Judge Grossman:

This firm is counsel to RLCH, Inc., the plaintiff in the above-referenced adversary proceeding. There is a Pre-Trial Conference currently scheduled to take place on September 23, 2021 at 11:00 a.m.

Pursuant to the Court's procedures, this correspondence shall confirm that RLCH, Inc. and Secoda Management, LLC have agreed to an adjournment of the Pre-Trial Conference to <u>October 27, 2021, at 10:00 a.m.</u>

We appreciate the Court's attention and are available to address any questions if the Court requires anything further regarding this matter.

> Respectfully submitted,
> Herrick, Feinstein LLP
> Counsel to the Plaintiff
>
> */s/ Stephen B. Selbst*
> Stephen B. Selbst